IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JESSE A. BREWER, : CIVIL NO. 3:13CV-2524
    Petitioner, :
: (Judge Munley)
v. :
:
DOMINICK L. DEROSE, :
    Respondent :

FILED
SCRANTON
DEC 12 2013
PER _____ DEPUTY CLERK

## ORDER

AND NOW, to wit, this 12 day of December 2013, in accordance with this Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DISMISSED.

2. The Clerk of Court is directed to NOTIFY the petitioner. See R. GOVERNING § 2254 CASES R.4.

3. The Clerk of Court is further directed to CLOSE the case.

BY THE COURT:

/s/ Munley
JUDGE JAMES M. MUNLEY
United States District Court